1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  Joyce A. A.,                                 )       CASE NO. CV 20-1688-AGR
                                                 )
12              Plaintiff,                       )
                                                 )       JUDGMENT
13              vs.                              )
                                                 )
14  ANDREW SAUL, Commissioner of                 )
    Social Security,                             )
15                                               )
                Defendant.                       )
16  _____         )

17

18      IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that

19  this action is remanded to the Commissioner for further proceedings consistent with

20  the Memorandum Opinion and Order.

21

22

23  DATED: April 20, 2021

                                            _____
24                                              ALICIA G. ROSENBERG
                                                United States Magistrate Judge
25

26

27

28